UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RAY SHAWN FREENEY,**<br>Plaintiff | **CIVIL DOCKET NO. 1:21-CV-00179-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHRIS MCCONNELL,**<br>Defendant | **MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 3], and after a *de novo* review of the record, including the Objection filed by Plaintiff [ECF No. 4], having determined that the Magistrate Judge's findings are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Freeney's claim.

THUS, DONE AND SIGNED in Chambers on this 9th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE